IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                :    MISC. ACTION
                      :
JOHN J. LYNCH         :    NO. 11-77

ORDER

AND NOW, this 25th day of May, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the emergency "Debtor appellant request for Relief, Stay and, or Injunction" is DENIED;

(2) the motion of petitioner for contempt is DENIED; and

(3) the case is DISMISSED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.